■ COLONIAL PRINTING CO. v. DAVRON CORPORATION.— Motion to dismiss purported appeal and vacate stay granted to the extent of vacating the stay contained in the order to show cause dated October 31, 1960 and contained in the order of this court entered December 8, 1960. As the appellant has not served or filed a notice of appeal within 30 days after the entry of the order granting leave to appeal (Civ. Prac. Act, § 624, subd. 2) no appeal is pending in this court. That branch of the motion which seeks a dismissal of the appeal is therefore dismissed, without costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ LAWRENCE WEINSTEIN v. FRANCIS F. LEHRER et al.— Motion to resettle order entered on March 2, 1961 granted. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ HARRY SCHOEN v. NATHANIEL COHEN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of the WATERFRONT COMMISSION OF NEW YORK HARBOR v. ANTHONY MARCHITTO.— Motion for a stay granted and the temporary stay contained in the order to show cause, dated March 28, 1961, is continued, pending the hearing and determination of the appeal upon the conditions contained in the said order to show cause. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STERLING OPTICAL CO., INC.— Motion by the New York State Optometric Association, Inc., for leave to file a brief amicus curiæ granted only insofar as to permit movant to file a brief as amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STERLING OPTICAL CO., INC.— Motion by the National Association of Optometrists and Opticians, Inc., for leave to file a brief amicus curiæ and to argue granted only insofar as to permit movant to file a brief amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ SHIRLEY MOSKOWITZ v. BERNARD MOSKOWITZ et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the defendants-respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ BARNET GELBER v. CARL JOFFE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.